MICHELE BECKWITH
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00174-DAD-SKO |
| Plaintiff, | UNITED STATES' MOTION AND ORDER FOR DISMISSAL OF PETITION FOR SUPERVISED RELEASE VIOLATION |
| v. | |
| GEORGE VASQUEZ, | [Fed. R. Crim. P. 48(a)] |
| Defendant. | |

The United States now moves to dismiss the Petition for Supervised Release Violation, charging George Vasquez with violating the terms of his supervised release, in the above captioned case filed on February 26, 2025, without prejudice in the interest of justice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The government has conferred with US Probation, who agrees with this recommendation.

Dated: March 18, 2025                             MICHELE BECKWITH
                                                  Acting United States Attorney

                                                  /s/ *LUKE BATY*
                                                  LUKE BATY
                                                  Assistant United States Attorney

MOTION TO DISMISS PETITION                        1

**ORDER**

Upon motion of the government and good cause appearing, the Petition for Supervised Release Violation in case number 1:17-cr---174-DAD-SKO, filed on February 26, 2025, is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:  **March 18, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE